IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN M. RARIDON,**<br><br>                          Plaintiff,<br><br>    v.<br><br>**FACKRELL, et al.,**<br><br>                          Defendants. | Case No. 2:24-cv-2920-JDP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

Plaintiff Jonathan M. Raridon (Plaintiff), an incarcerated person proceeding *pro se*, brings this civil rights action against Defendant C. Fackrell (Defendant). *See* Doc. Nos. 1, 10. 13, 14.

On May 19, 2025, the Court stayed this action for 120 days "to allow the parties to investigate plaintiff's claims, meet and confer, and then participate in a settlement conference." Doc. No. 20 at 1. The Court further provided that "if after investigating plaintiff's claims and speaking with plaintiff, and after conferring with defense counsel's supervisor, defense counsel in good faith finds that a settlement conference would be a waste of resources, defense counsel may move to opt out of Early ADR." *Id.* at 2. The Court directed any motion to opt out to be filed within forty-five days of its stay Order. *Id.* The court further provided that "the court will set a date for the filing of a responsive pleading" if the case does not settle. *Id.* at 2 n.1.

Defendant moves to opt out of Post-Screening Early ADR and respectfully requests the Court to set a date for the filing of a responsive pleading. Defense counsel has investigated plaintiff's claims, spoken with plaintiff, and conferred with his supervisor. The Court finds that defense counsel has a good faith belief that a settlement conference would be a waste of resources at this stage of the action.

Good cause appearing, the Court **GRANTS** Defendant's motion to opt out of Post-Screening Early ADR. Further, the Court **ORDERS** Defendant to respond to Plaintiff's Complaint (Doc. No. 1) on or before July 31, 2025.

IT IS SO ORDERED.

Dated:   July 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE